Court of Georgia denied. *Mr. Young H. Fraser* for petitioners. *Mr. J. C. Murphy* for respondents.

No. 165. HENDRON ET AL. *v.* YOUNT-LEE OIL CO. ET AL. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. D. A. McAskill* for petitioners. *Messrs. C. D. Turner* and *Donald Campbell* for respondents.

No. 167. THORNBURGH, ADMINISTRATOR, *v.* UNITED STATES. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Lawrence E. Goldman* for petitioner. *Solicitor General Biddle* and *Messrs. Julius C. Martin, Wilbur C. Pickett, Richard H. Demuth,* and *Fendall Marbury* for the United States.

No. 168. OVERBURY *v.* PLATTEN ET AL. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Edward V. Conwell* for petitioner. *Mr. Melville J. France* for respondents.

No. 169. BUCHSBAUM *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Homer Hendricks, J. R. Sherrod,* and *Robert N. Miller* for petitioner. *Solicitor General Biddle* for respondent.